DOCKET & FILE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ASHLEY CORNWELL,

                                        Plaintiff,

        -against-

THE CITY OF NEW YORK, ET AL.,

                                       Defendants.

------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

12-CV-255 (KAM)

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

Ugo Uzoh, P.C.
*Attorneys for Plaintiff*
304 Livingston Street, Suite 2R
Brooklyn, N.Y. 11217
718-874-6045

By: _____ 12/7/12
    Ugo Uzoh
    *Attorney for Plaintiff*

Dated: New York, New York
       December 17, 2012

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendants*
100 Church Street, Rm. 3-133b
New York, New York 10007

By: _____
    Andrew Owen
    *Special Assistant Corporation Counsel*

SO ORDERED:
    s/KAM

_____
HON. KIYO A. MATSUMOTO
UNITED STATES DISTRICT JUDGE